882

■ CHRISTA M. HILL, Appellant, v ALLSTATE INSURANCE COMPANY, Respondent. [732 NYS2d 616] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, NeMoyer, J. (Appeal from Judgment of Supreme Court, Erie County, NeMoyer, J.—Declaratory Judgment.) Present—Pine, J. P., Scudder, Burns, Gorski and Lawton, JJ.

■ NATIONAL GRANGE MUTUAL INSURANCE COMPANY et al., Appellants, v AMICA MUTUAL INSURANCE COMPANY, Respondent, et al., Defendants. [732 NYS2d 617] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Stone, J. (Appeal from Judgment of Supreme Court, Onondaga County, Stone, J.—Declaratory Judgment.) Present—Pine, J. P., Scudder, Burns, Gorski and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHU CALHOUN, Appellant. [732 NYS2d 613] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal possession of a controlled substance in the fifth degree (Penal Law § 220.06 [1]). Contrary to the contention of defendant, his waiver of the right to appeal was voluntarily, knowingly and intelligently entered (see, People v Seaberg, 74 NY2d 1, 11). That waiver encompasses defendant's present contention concerning the severity of the sentence (see, People v Hidalgo, 91 NY2d 733, 737). In any event, defendant received the bargained-for sentence (see, People v McGovern, 265 AD2d 881, lv denied 94 NY2d 882). (Appeal from Judgment of Supreme Court, Erie County, Tills, J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Gorski and Lawton, JJ.